ACCEPTED
01-14-00434-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 8:54:58 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00434-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

——————◆——————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/2/2015 8:54:58 AM

CHRISTOPHER A. PRINE
Clerk

### No. 1368857
In the 339th District Court
Of Harris County, Texas

——————◆——————

**ALEX GONZALEZ**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

——————◆——————

STATE'S MOTION FOR SECOND EXTENSION OF TIME TO FILE BRIEF

——————◆——————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with evading detention in a motor vehicle committed on November 23, 2012 (CR – 13). He pled "not guilty" to the charge, and the case was tried to a jury (CR – 152). The jury found him guilty and assessed punishment at 25 years in prison on May 22, 2014 (CR – 152). The appellant filed notice of appeal that same day, and the trial court certified that he had the right to appeal (CR – 156-157).

2. The State's brief is due on December 3, 2014. The State hereby requests a 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The record in this case is over 162 megabytes in length split over nine files and will take a large amount of time to process.

   b. The undersigned attorney researched and answered by email the legal questions of more than thirty-five trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period. The undersigned attorney is also responsible for supervising six other appellate prosecutors, and has spent a substantial amount of time reviewing the briefs of those prosecutors, attending their oral arguments, and assisting in the preparation of both during that time period. Finally, the undersigned attorney has been responsible for training a new appellate prosecutor, which requires more intense supervision and editing, and therefore, more of a time commitment.

   c. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

      (1)    Ismael Trevino v. The State of Texas
             No. 14-14-00262-CR
             Brief filed November 3, 2014

      (2)    Linda Lewis v. The State of Texas
             No. 01-13-00849-CR
             Brief filed November 11, 2014

      (3)    Cody Carr v. The State of Texas
             No. 14-14-00087-CR
             Brief to be filed December 22, 2014

(4) Greg Saldinger v. The State of Texas
No. 14-14-00402-CR
Brief to be filed December 24, 2014


WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Nicole DeBorde
Attorney at Law
712 Main Street, Suite 2400
Houston, Texas 77002
Nicole@BSDLawFirm.com

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
TBC No. 796910

Date: January 2, 2015